**Order entered January 22, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01426-CV

### JMT PIONEER LLC, Appellant

### V.

### JONATHAN EARNHART DBA EARNHARTBUILT, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-18-0639**

## ORDER

Before the Court is the January 20, 2020 second request of Misty M. Skinner, Official Court Reporter for the 15th Judicial District Court, to extend the time to file the reporter's record. We **GRANT** the request and extend the time to **January 31, 2020**. We caution Ms. Skinner that further requests for extension of time will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE